mjb/2008R00874

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- 541 (JEI) |
| | : | |
| v. | : | 18 U.S.C. § 922(g)(1) and 18 |
| | : | U.S.C. § 2 |
| | : | |
| JOSHUA SANTIAGO | : | <u>I N D I C T M E N T</u> |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about January 13, 2008, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

JOSHUA SANTIAGO,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess, in and affecting commerce, a firearm, namely, one loaded Titan, E-15, .22 caliber revolver, bearing serial number 008343.

In violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATIONS

1. The allegations contained on Page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth on Page 1 of this Indictment, the defendant,

JOSHUA SANTIAGO,

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

> One Titan, E-15, .22 caliber revolver, bearing serial number 008343 and six .22 caliber bullets.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

JOSHUA SANTIAGO

**INDICTMENT FOR**
18 U.S.C. § 922(g)(1) and
18 U.S.C. § 2

A True Bill,



_____
Foreperson

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

MATTHEW J. SKAHILL
*ASSISTANT U.S. ATTORNEY*
*856-757-5026*